IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| LAWRENCE LATHAM | : | |
| | : | |
| Plaintiff(s) | : | |
| | : | Case Number: 1:05-cv-00343 |
| vs. | : | |
| | : | Senior District Judge S. Arthur Spiegel |
| CENTRAL COMMUNITY HEALTH | : | |
| BOARD OF HAMILTON COUNTY | : | |
| | : | |
| Defendant(s) | : | |

JUDGMENT IN A CIVIL CASE

   Decision by Court: This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED

. . . Having concluded that there are no genuine issues of material fact and that CCHB is entitled to judgment in its favor as a matter of law on all five remaining counts of the complaint (doc. 1), this Court GRANTS Defendant's Motion for Summary Judgment (doc. 28) and DISMISSES this case from the Court's docket.

7/17/06                                                                James Bonini, Clerk


                                                                       s/Kevin Moser
                                                                       Kevin Moser
                                                                       Deputy Clerk